UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                              Case Number: 11-20445

v.                                     Honorable Thomas L. Ludington

JASON JOEL THORNTON,

          Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING
DEFENDANT'S PLEA OF GUILTY AS TO COUNT FOUR OF THE INDICTMENT,
AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

A plea hearing was conducted on December 28, 2011, by United States Magistrate Judge

Charles E. Binder pursuant to the defendant's consent. The magistrate judge issued his report the

same day, recommending that this Court accept the defendant's plea of guilty as to Count Four of

the indictment. As of today's date, no party has filed any objections to the magistrate judge's report

and recommendation. The election to not file objections to the magistrate judge's report releases

the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149

(1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation (ECF

No. 64) is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilty as to Count Four of the indictment is **ACCEPTED**, and the Rule 11 Plea Agreement (ECF No. 63) is taken **UNDER ADVISEMENT**.

                                    s/Thomas L. Ludington
                                    THOMAS L. LUDINGTON
                                    United States District Judge

Dated: February 8, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 8, 2012.

                    s/Tracy A. Jacobs
                    TRACY A. JACOBS